Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

Angelo ARMENTI, Jr., Appellant

v.

The PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, the Board of Governors' of the Pennsylvania State System of Higher Education, Guido Pichini, Chairman of the Board of Governors, Individually and in his Official Capacity, and John Cavanaugh, Chancellor, Individually and in his Official Capacity, Appellees.

Supreme Court of Pennsylvania.

Jan. 21, 2014.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of January, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**

C. Harper KIA, Appellant

v.

COMMONWEALTH of Pennsylvania; Department of State; Bureau of Professional and Occupational Affairs; State Board of Vehicle Manufacturers, Dealers and Salespersons, Appellees.

Supreme Court of Pennsylvania.

Jan. 21, 2014.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of January, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**

Reinaldo CORREA, Appellant

v.

Business Manager Paula TOSKI and Inmate Accounting Sarah Siegal and Record Director Cindy Raymond and Superintendent Debra Sauers and Acting Secretary of Corrections, Appellees.

Supreme Court of Pennsylvania.

Jan. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**